### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **HOPE WILSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | Civil Action Number |
| | ) | **4:11-cv-03932-AKK** |
| **PREIT SERVICES, LLC**, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On July 14, 2014, the magistrate judge entered a report and recommendation, doc. 20, regarding defendant PREIT Services, LLC's motion for summary judgment, doc. 12, and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On July 28, 2014, plaintiff Hope Wilson filed objections to the magistrate judge's report and recommendation. Doc. 22.

Having reviewed the pleadings, the briefs, the magistrate's report and recommendation, and Wilson's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendation

of the magistrate judge that PREIT's motion for summary judgment be **GRANTED** and this action **DISMISSED WITH PREJUDICE**.

**DONE** this 28th day of August, 2014.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**ABDUL K. KALLON**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE